UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

RAHEIM J. STEPHENS,

                            Plaintiff,

    v.                                                   9:17-CV-0502
                                                                    (BKS/ATB)

DEPUTY MAZZONI, et al.,

                            Defendants.

---

APPEARANCES:

RAHEIM J. STEPHENS
00000633
Plaintiff, pro se
Onondaga County Justice Center
555 South State Street
Syracuse, NY 13202

BRENDA K. SANNES
United States District Judge

## DECISION and ORDER

      Plaintiff Raheim J. Stephens commenced this action by filing a pro se complaint for relief pursuant to 42 U.S.C. § 1983 together with an application to proceed in forma pauperis. Dkt. No. 1 ("Compl."); Dkt. No. 6 ("IFP Application"). Presently before the Court is plaintiff's motion which is liberally construed as seeking to voluntarily dismiss this action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure ("Rule 41(a)"). Dkt. No. 16. Plaintiff states that he "would like to stop all proceedings" for this action "due to lack of literacy" and indicates that he will "later resume the case" after he obtains legal representation and has the "finances" to pursue the case. *Id*.

      Rule 41(a) provides in relevant part that a "plaintiff may dismiss an action without a

court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i).  Since defendants have not answered or moved for summary judgment, plaintiff is entitled to voluntary dismissal of this action without prejudice, without further order of the court, upon the filing of such a notice.[1]

In light of the foregoing, upon the filing of plaintiff's notice requesting to withdraw this action, this action was dismissed, without prejudice, and an order of the court was not required in order to implement that dismissal.

**WHEREFORE**, it is hereby

**ORDERED** that in accordance with plaintiff's notice (Dkt. No. 16) to voluntarily dismiss this action, the Clerk of the Court shall close this case and reflect that the action is voluntarily dismissed without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure; and it is further

**ORDERED** that the Clerk serve a copy of this Decision and Order on the plaintiff and upon the Office of the Onondaga County Attorney.

**IT IS SO ORDERED**.

Dated:     September 5, 2017
                Syracuse, NY

*Brenda K. Sannes*
Brenda K. Sannes
U.S. District Judge

---

[1] Indeed, summonses were only recently issued, *see* Dkt. No. 15, and there is nothing to suggest that any defendant has been served.